**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **KEVIQUE TECHNOLOGY LLC** | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:16-cv-367 |
| v. | § § | JURY TRIAL DEMANDED |
| **TCT MOBILE, INC. et al** | § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the parties' Joint Motion For Dismissal With Prejudice of all claims asserted between Plaintiff Kevique Technology LLC ("Plaintiff") and Defendants TCT Mobile, Inc and TCT Mobile (US), Inc. ("Defendants"), the Joint Motion For Dismissal With Prejudice is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendants, are hereby dismissed with prejudice. (Dkt. No. 34).

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 26th day of October, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE